UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Federal National Mortgage Association, | Civil No. 13-1948 (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jua Thoa Xiong, Wang Xang Xiong, John Doe, Mary Roe, and ABC Corporation, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 14, 2014. (Doc. No. 25.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Janie S. Mayeron's Report and Recommendation (Doc. No. [25]) is **ADOPTED**.

2. This matter is remanded to Minnesota state district court.

3. The Clerk is directed to send by U.S. Mail a copy of this order to William B. Butler's last known address, to Mr. Butler's colleague at Butler Liberty Law, Susanne M. Glasser, Butler Liberty Law, 33 South Sixth Street, Suite 4100, Minneapolis, Minnesota 55402, and to Defendants Jua Thao Xiong and Wang Xiong, 1319 Desoto Street, St. Paul, Minnesota 55130.

Dated:  March 4, 2014         s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge